United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| KIN DEE LLC AND MAKIIN LLC | § | CASE NO. 25-32199 (EVR) |
| | § | |
| Debtors. | § | (Jointly Administered) |

### ORDER GRANTING HRO PROPERTY OWNER LP'S MOTION TO DISMISS CASE OF MAKIIN LLC
(Related to Docket No. 111)

This matter comes before the Court on HRO Property Owner LP's Motion to Dismiss the Chapter 11 Bankruptcy Case of MaKiin LLC (the "Motion").[1] The Court, having considered the Motion and arguments of counsel at a hearing before the Court, if any, finds that (i) the Court has jurisdiction over the Motion and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. §§1408 and 1409; and (iii) due and proper notice of the Motion was sufficient under the circumstances. Having considered the Motion, the evidence and arguments of counsel, and responses, if any, the Court is of the opinion that the Motion is meritorious and establishes just cause for the relief granted herein. It is THEREFORE

ORDERED that the bankruptcy case of MaKiin LLC, jointly administered under case no. 25-32199 pending before this Court, is hereby dismissed.

~~ORDERED that MaKiin LLC is directed to surrender the Premises to the Movant in broom swept condition no later than five days after entry of this Order.~~

Signed: Monday, January 26, 2026

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] To the extent not defined herein, defined terms have the meaning ascribed to them in the Motion.

1